IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | | |
|---|---|---|
| GABRIEL ALEXANDRO SANCHEZ, INSTITUTIONAL ID No. 111768, | § | |
| Plaintiff, | § | |
| v. | § | 2:19-CV-115-Z-BQ |
| STATE OF TEXAS, *et al.*, | § | |
| Defendant. | § | |

## ORDER ADOPTING
## FINDINGS, CONCLUSIONS, AND RECOMMENDATION

On May 28, 2019, *pro se* Plaintiff filed a Complaint (ECF No. 3) in this Court, proceeding *in forma pauperis*. On December 31, 2019, the United States Magistrate Judge entered findings and conclusions on Plaintiff's Complaint (ECF No. 12). The Magistrate Judge RECOMMENDS that Plaintiff's Complaint be dismissed with prejudice as being barred by the applicable statute of limitations. Plaintiff did not file objections, and the time to do so has now expired.

After making an independent review of the pleadings, files, and records in this case and the findings, conclusions, and recommendation of the Magistrate Judge, the Court concludes that the findings and conclusions are correct. It is therefore ORDERED that the findings, conclusions, and recommendation of the Magistrate Judge (ECF No. 12) are ADOPTED and that Plaintiff's Complaint (ECF No. 3) is DISMISSED WITH PREJUDICE.

**SO ORDERED.**

February 24, 2020.

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE